DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID NOTIK,**
Appellant,

v.

**REBECCA LYNN BEHAR,**
Appellee.

No. 4D2025-0991

[July 9, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Laird Martz, II, Judge; L.T. Case No. 502020DR010287XXXXSB.

David Notik, Parkland, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***